DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRIS A. DEPAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-1757 and 4D21-1759

[March 10, 2022]

Consolidation appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Sherwood Bauer, Jr., Judge; L.T. Case Nos. 56-2018-CF-001081A and 56-2018-CF-001427 A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***